IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60703-DSL

ELISA COSENTINO, individually and on
behalf of all others similarly situated

    Plaintiff,

v.

BRIDGESTONE RETAIL OPERATIONS,
LLC d/b/a FIRESTONE COMPLETE
AUTO CARE,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Elisa Cosentino, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto Care ("Defendant") (collectively, the "Parties"), hereby give notice that the Parties have reached a settlement in principle that fully resolves the issues raised in this lawsuit. The Parties are in the process of finalizing a Settlement Agreement and Release, and anticipate filing a Stipulation of Dismissal with Prejudice within the next 30 days.

Dated: November 5, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff* | HOLLAND & KNIGHT LLP<br>701 Brickell Ave.<br>Suite 3300<br>Miami, FL 33131<br>Telephone: (954) 468-7881<br>phil.rothschild@hklaw.com<br>sydney.alexander@hklaw.com<br>lee.teichner@hklaw.com |

|  |  |
|---|---|
| By: /s/ Daniel DeSouza<br>   Daniel DeSouza, Esq.<br>   Florida Bar No.: 19291 | *Attorneys for Defendant*<br><br>By: /s/ Sydney Brooke Alexander<br>   Sydney Brooke Alexander, Esq.<br>   Florida Bar No. 1019569 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza, Esq.
Daniel DeSouza