UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60703-LEIBOWITZ/AUGUSTIN-BIRCH

ELISA CONSENTINO,
*individually and on behalf of all others
similarly situated*,

    *Plaintiff*,

v.

BRIDGESTONE RETAIL OPERATIONS,
LLC d/b/a FIRESTONE COMPLETE
AUTO CARE,

    *Defendant*.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement [ECF No. 46], filed on November 5, 2024. The parties are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within thirty (30) days from the date of this Order. If such papers are not filed within the time specified, this matter will be dismissed, and the Court will be divested of jurisdiction to enforce the settlement agreement. The **Clerk of Court** is INSTRUCTED to ADMINISTRATIVELY CLOSE this case. All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 5, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record