UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60703-LEIBOWITZ/AUGUSTIN-BIRCH

ELISA CONSENTINO,

*Plaintiff*,

*v.*

BRIDGESTONE RETAIL
OPERATIONS, LLC,

*Defendant.*

_____/

## ORDER

The parties filed a Stipulation of Dismissal with Prejudice [ECF No. 48]. Being fully advised,

it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party

shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All

pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on December 10, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record